# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ILEA C.,**

      **Plaintiff,**

   v.

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

Civil Action 2:24-cv-1494

Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act. (ECF No. 17). The parties jointly move this Court to enter an award in the amount of $4,600.00 to the Plaintiff, which will satisfy all of their claims for fees, costs, and expenses under the EAJA that may be payable in this case. After this Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; then, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff.

In light of the foregoing, this Court **GRANTS** the parties' Joint Stipulation to award Plaintiff attorneys' fees in the amount of $4,600.00.

    **IT IS SO ORDERED.**

Date: January 13, 2025

                                                     /s/ *Elizabeth A. Preston Deavers*
                                                     ELIZABETH A. PRESTON DEAVERS
                                                     UNITED STATES MAGISTRATE JUDGE